

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 10, 2022**

*/s/ Mark X. Mullin*
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORTH WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-90000 (MXM) |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** | § | (Chapter 11) |
| *et al.*, | § | |
| | § | (Joint Administration Requested) |
| | § | |
| Debtors.[2] | § | Re: Docket No. ___ |

## ORDER GRANTING EMERGENCY
## CONSIDERATION OF CERTAIN FIRST DAY MATTERS

Upon the Request[3] filed by the above-referenced debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (the "***Order***") granting emergency consideration of certain First Day Matters; and the Court having jurisdiction over the matters raised in the Motion

---

[2] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

[3] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Request.

US 8702164

pursuant to 28 U.S.C. § 1334; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that due and proper notice to parties in interest was appropriate under the circumstances; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Request after having given due deliberation upon the Request, it is HEREBY ORDERED THAT:

1. The Request is GRANTED.

2. It is further ORDERED that the Hearing will be held on March 11, 2022 at 9:30 a.m. (prevailing Central Time).

3. Counsel and other parties in interest may participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102, or (ii) virtually through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's WebEx videoconference facilities. **<u>For Audio Communication</u>**: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Mullin's access code number is 474-603-746. Parties are encouraged to review the Court's procedures and instructions located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy. **For WebEx Video Participation/Attendance:** You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/mullin.

US 8702164

**# # # END OF ORDER # # #**

US 8702164

**Order submitted by:**

**VINSON & ELKINS LLP**
Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com
mpyeatt@velaw.com
tspears@velaw.com

- and -

David S. Meyer (*pro hac vice* pending)
George R. Howard (*pro hac vice* pending)
Lauren R. Kanzer (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com
ghoward@velaw.com
lkanzer@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**