IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** | § | **(Chapter 11)** |
| *et al.*, | § | |
| | § | **(Joint Administration Requested)** |
| | § | |
| Debtors. | § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Meyer, David S.**

2. Firm Name: Vinson & Elkins LLP

3. Address: 1114 Avenue of the Americas, 32nd Floor, New York, New York 10036

4. Phone: (212) 237-0000   Fax: (212) 237-0100   Email: dmeyer@velaw.com

5. Name used to sign all pleadings: David S. Meyer

6. Retained by: Above-captioned Debtors

7. Admitted in 2008 and presently a member in good standing of the bar of the highest court of the State of New York and issued the bar license number of 4576344.

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| State of New York | 2008 |
| State of Connecticut | 2007 |

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☑ Yes        ☐ No

    If "No," please list all courts which you are no longer admitted to practice: _____

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

US 8697339

☐ Yes ☒ No

If "Yes," please provide details: _____

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details: _____

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application:* | *Case No. and Style:* |
|---|---|
| N/A | N/A |

13. Local counsel of record: Matthew J. Pyeatt

14. Local counsel's address: Vinson & Elkins LLP, Trammel Crow Center, 2001 Ross Avenue, Suite 3900, Dallas, TX 75201

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00.

David S. Meyer  
Printed Name of Applicant

March 10, 2022  
Date

*/s/ David S. Meyer*  
Signature of Applicant

US 8697339