United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee
erin.schmidt2@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| ROCKALL ENERGY | § | |
| HOLDINGS, LLC, *et al.*, | § | Case No. 22-90000-mxm-11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Basin Service Company, Inc.**
c/o Chase Conway, President and
Chris Cooper, Business Manager
P. O. Box 397
Westhope, ND  58793
701-245-6479
701-245-6416-fax
basinoffice@basinnation.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

**ChampionX Corporation**
c/o Joseph G. Walker, Assistant General Counsel
2445 Technology Forest Blvd., Bldg. 4, 12th Floor
The Woodlands, TX 77381
281-602-0163
Joe.walker@championx.com


**N5 Services, LLC**
c/o Randy Cheek, Member
P. O. Box 638
Mineral Wells, TX 76068
940-327-0447
940-327-0456-fax
N5servicesllc1@gmail.com

**Verde Services, LLC**
c/o Mike Davis, CFO
339 Avenue "A"
P. O. Box 144
Laurel, MS 39441
601-425-9685
601-649-5574-fax
Mike.davis@verdeservices.net


**WBI Energy Transmission, Inc.**
c/o Rob Johnson, EVP, Commercial
1250 West Century Avenue
Bismarck, ND 58503
701-530-1622
Rob.johnson@WBIEnergy.com

DATED: March 18, 2022

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov