| | |
|---|---|
| Michael A. Garza (Texas Bar No. 24126797) <br> Matthew J. Pyeatt (Texas Bar No. 24086609) <br> Trevor G. Spears (Texas Bar No. 24106681) <br> **VINSON & ELKINS LLP** <br> 2001 Ross Avenue, Suite 3900 <br> Dallas, TX 75201 <br> Tel: 214.220.7700 <br> Fax: 214.999.7787 <br> mgarza@velaw.com; mpyeatt@velaw.com; <br> tspears@velaw.com <br> **PROPOSED ATTORNEYS FOR THE DEBTORS** <br> **AND DEBTORS IN POSSESSION** | David S. Meyer (admitted *pro hac vice*) <br> George R. Howard (admitted *pro hac vice*) <br> Lauren R. Kanzer (admitted *pro hac vice*) <br> **VINSON & ELKINS LLP** <br> 1114 Avenue of the Americas, 32nd Floor <br> New York, NY 10036 <br> Tel: 212.237.0000 <br> Fax: 212.237.0100 <br> dmeyer@velaw.com; ghoward@velaw.com; <br> lkanzer@velaw.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** | § | **(Chapter 11)** |
| *et al.*, | § | |
| | § | **(Jointly Administered)** |
| | § | |
| Debtors.[1] | § | |

**NOTICE OF ADJOURNMENT OF THE**
**APRIL 22, 2022 HEARING AND AMENDED NOTICE OF APRIL 27, 2022 HEARING**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Texas (the "*Court*") scheduled a hearing for April 22, 2022 at 1:30 p.m. (Central Time) (the "*Hearing*") before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division and that the following motions previously filed by the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*") were to be heard on a final basis at the Hearing:

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

1

1. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling a Final Hearing* [Dkt. No. 21] (the "**DIP Financing Motion**"); and

2. *Motion for Entry of an Order (I) Authorizing the Debtors to Continue Prepetition Insurance Policies Premium Financing Agreements and Satisfy Related Obligations and (II) Granting Related Relief* [Dkt. No. 40] (the "***Insurance Motion***").

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to **April 27, 2022 at 1:30 p.m. (Central Time) (the "*April 27 Hearing*")**, and that the DIP Motion, the Insurance Motion, and the following motions previously filed by the Debtors will be heard on a final basis at the April 27 Hearing:

1. *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Dkt. No. 144] (the "***V&E Retention Application***");

2. *Debtors' Application for Entry of an Order Authorizing (I)(A) the Retention and Employment of Ankura Consulting Group, LLC and (B) Scott M. Pinsonnault to Serve as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief* [Dkt. No. 145] (the "***Ankura Retention Application***");

3. *Debtors' Application for Entry of Order Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* [Dkt. No. 146] (the "***Lazard Retention Application***");

4. *Application for Entry of an Order Authorizing the Employment and Retention of Stretto as Administrative Advisor for the Debtors Effective as of the Petition Date* [Dkt. No. 147] (the "***Stretto Retention Application***");

5. *Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Dkt. No. 148] (the "***OCP Motion***");

6. *Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 149] (the "***Interim Compensation Motion***," and together with the V&E Retention Application, Ankura Retention Application, Lazard Retention Application, Stretto Retention Application, and OCP Motion, the "***Professional Retention and Compensation Motions***");

7. *Motion for Entry of an Order (I) Authorizing the Debtors to Implement a Key Employee Incentive Plan and (II) Granting Related Relief* [Dkt. No. 171] (the "***KEIP Motion***");

8.  *Motion for Entry of an Order (I) Authorizing the Debtors to Implement a Key Employee Retention Plan and (II) Granting Related Relief* [Dkt. No. 172] (the "**KERP Motion**"); and

9.  any other case matters filed on the docket and considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the deadline for all parties to file any objection or response to (i) the Professional Retention and Compensation Motions was **April 18, 2022 at 11:59 p.m. (Central Time)** and (ii) the KEIP Motion and KERP Motion is **April 21, 2022 at 11:59 p.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Committee to file any objection or response to (i) the Professional Retention and Compensation Motions is extended to **April 22, 2022 at 5:00 p.m. (Central Time)** and (ii) the KEIP Motion and KERP Motion is extended to **April 25 at 12:00 p.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Office of the United States Trustee to file any objection or response to the Professional Retention and Compensation Motions is extended to **April 22, 2022 at 5:00 p.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the April 27 Hearing will be conducted in a hybrid manner. Counsel and other parties in interest to participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102, and (ii) virtually with counsel appearing remotely through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's WebEx videoconference facilities. For Audio Communication: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Mullin's access code number is 474-603-746. Parties are encouraged to review

the Court's procedures and instructions located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.  For WebEx Video Participation/Attendance: You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/mullin.

**PLEASE TAKE FURTHER NOTICE** that copies of all filings can be found on the docket of Case No. 22-90000 (MXM) in the Court, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Stretto, at https://cases.stretto.com/Rockall.

**PLEASE TAKE FURTHER NOTICE** that the April 27 Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at the Hearing, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Stretto's website: https://cases.stretto.com/Rockall.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 21, 2022
Dallas, Texas

/s/ *Michael A. Garza*
**VINSON & ELKINS LLP**
Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

- and -

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com;
lkanzer@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

      I certify that on April 21, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                          */s/ Michael A. Garza*
                                          One of Counsel