Michael D. Warner (TX Bar No. 00792304)
Maxim B. Litvak (TX Bar No. 24002482)
Steven W. Golden (TX Bar No. 24099681)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com
bwallen@pszjlaw.com

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Paul J. Labov (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
plabov@pszjlaw.com
jkroop@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re<br><br>ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90000-mxm11<br><br>Jointly Administered |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Texas (the "Court") has scheduled a hearing for **May 31, 2022 at 1:30 p.m**. (Central Time) (the "Hearing") before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division to consider that certain *Motion by the Official Committee of Unsecured Creditors for Entry of an Order Granting Standing to the Official*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

DOCS_NY:45620.1 75204/002

*Committee of Unsecured Creditors and Authorizing the Prosecution of Certain Lien Challenge Claims on Behalf of the Bankruptcy Estates* [Docket No. 305].

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in a hybrid manner. Counsel and other parties in interest to participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102, and (ii) virtually with counsel appearing remotely through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's WebEx videoconference facilities. For Audio Communication: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Mullin's access code number is 474-603-746. Parties are encouraged to review the Court's procedures and instructions located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy. For WebEx Video Participation/Attendance: You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/mullin.

**PLEASE TAKE FURTHER NOTICE** that copies of all filings can be found on the docket of Case No. 22-90000 (MXM) in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Stretto, at https://cases.stretto.com/Rockall.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at the Hearing, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will

be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Stretto's website: https://cases.stretto.com/Rockall.

|  |  |
|---|---|
| Dated: April 25, 2022 | By: /s/ Michael D. Warner |
|  | Michael D. Warner (TX Bar No. 00792304) |
|  | Maxim B. Litvak (TX Bar No. 24002482) |
|  | Steven W. Golden (TX Bar No. 24099681) |
|  | Benjamin L. Wallen (TX Bar No. 24102623) |
|  | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | 440 Louisiana Street, Suite 900 |
|  | Houston, TX 77002 |
|  | Telephone: (713) 691-9385 |
|  | Facsimile: (713) 691-9407 |
|  | Email: mwarner@pszjlaw.com |
|  | Email: mlitvak@pszjlaw.com |
|  | Email: sgolden@pszjlaw.com |
|  | Email: bwallen@pszjlaw.com |
|  |  |
|  | -and- |
|  |  |
|  | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
|  | Paul J. Labov (admitted *pro hac vice*) |
|  | Jordan A. Kroop (admitted *pro hac vice*) |
|  | **PACHULSKI STANG ZIEHL & JONES LLP** |
|  | 10100 Santa Monica Blvd., 13th Floor |
|  | Los Angeles, CA 90067 |
|  | Telephone: (310) 277-6910 |
|  | Facsimile: (310) 201-0760 |
|  | Email: jpomerantz@pszjlaw.com |
|  | Email: plabov@pszjlaw.com |
|  | Email: jkroop@pszjlaw.com |
|  |  |
|  | *Proposed Counsel for the Official Committee of Unsecured Creditors* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2022, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ Michael D. Warner
Michael D. Warner

DOCS_NY:45620.1 75204/002