Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
ahassell@pszjlaw.com

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Paul J. Labov (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
plabov@pszjlaw.com

*Counsel for the GUC Trustee*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1] | Case No. 22-90000-mxm11 |
| Debtors. | Jointly Administered |

## GUC TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
### (Fully Satisfied Claims)

**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN THE SCHEDULES ATTCHED TO THE PROPOSED ORDER ON THIS OBJECTION.**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON SEPTEMBER 22, 2022 AT 1:30 P.M. PREVAILING CENTRAL TIME.**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10th STREET, ROOM 147, FORT WORTH, TX 76102 BEFORE 5:00 P.M. (PREVAILING CENTRAL TIME) ON AUGUST 17, 2022, WHICH IS AT LEAST THIRTY-THREE (33) DAYS FROM THE DATE OF SERVICE HEREOF. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THIS**

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

**NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**COPIES OF THE OBJECTION AND OTHER PLEADINGS IN THE CASE MAY BE OBTAINED (I) FROM THE COURT'S WEBSITE HTTP://WWW.TXNB.USCOURTS.GOV VIA ECF/PACER OR (II) FREE OF CHARGE FROM THE DEBTORS' CLAIMS AGENT WEBSITE HTTPS://CASES.STRETTO.COM/ROCKALL. YOU MAY OBTAIN A COPY OF YOUR PROOF OF CLAIM FROM THE DEBTORS' CLAIMS AGENT WEBSITE HTTPS://CASES.STRETTO.COM/ROCKALL OR UPON REQUEST TO THE UNDERSIGNED.**

Riveron RTS, LLC, solely in its capacity as the GUC Trustee (the "GUC Trustee") of the GUC Trust established pursuant to the confirmed *Debtors' Amended Joint Chapter 11 Plan* [Docket No. 548] (the "Plan") of the above-captioned debtors (collectively, the "Debtors"), files this *GUC Trustee's First Omnibus Objection to Claims (Fully Satisfied Claims)* (this "Objection").[2] In support of this Objection, the GUC Trustee respectfully represents as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409(a).

2. The predicates for the relief requested herein are sections 105(a) and 502(b) of Title 11 of the United States Code ("Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 3007-1 and 3007-2 of the Bankruptcy Local Rules for the Northern District of Texas (the "Bankruptcy Local Rules").

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**Relief Requested**

3.      The GUC Trustee respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") disallowing and expunging certain claims that have been fully satisfied as listed on **Exhibit 1** to the Proposed Order (each a "Disputed Claim" or, collectively, the "Disputed Claims").

**Relevant Factual Background**

4.      On March 9, 2022 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").

5.      On March 14, 2022, the Bankruptcy Court entered its *Order (A) Authorizing the Retention and Appointment of Stretto as Claims and Noticing Agent and (B) Granting Related Relief* [Docket No. 84]. Stretto, Inc. currently serves as the Debtors' claims and noticing agent (the "Claims Agent").

6.      On April 5, 2022, the Bankruptcy Court entered its *Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief* [Docket No. 198] (the "Oil & Gas Payments Order"), pursuant to which the Debtors made certain post-petition payments on account of pre-petition claims under oil and gas leases incurred in the ordinary course of business.

7.      On April 6-7, 2022, the Debtors filed their Statements of Financial Affairs [Docket Nos. 206-221] and Schedules of Assets and Liabilities [Docket Nos. 223-238] and on April 28, 2022, the Debtors filed their *Notice of Filing Supplement to the Debtors' Schedules* [Docket No. 345].

8.     Pursuant to the *Order (I) Establishing Bar Dates and Procedures and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 202] (the "Bar Date Order"), the Bankruptcy Court established certain dates and deadlines (each a "Bar Date") for filing proofs of claim in these chapter 11 cases. The Bar Date Order established: (a) May 6, 2022, as the Bar Date for all non-governmental entities to file proofs of claim (the "General Bar Date"), (b) September 6, 2022, as the Bar Date for all governmental entities to file proofs of claim (the "Governmental Bar Date"); (c) the amended schedules Bar Date as the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (Prevailing Central Time), on the date that is 21 days from the date on which the Debtors provide notice of the previously unfiled schedule or amendment or supplement to the schedules; and (d) the rejection damages Bar Date as the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (Prevailing Central Time) on the date that is 21 days following service of an order approving the rejection of any executory contract or unexpired lease of the Debtors. The Bar Date Order also approved the form of the notice of Bar Date (the "Bar Date Notice") and notice of publication of Bar Date (the "Publication Notice"), requiring the Bar Date Notice to be served in the manner set out in the Bar Date Order and allowing the Publication Notice to be published in *The New York Times* (National Edition) and local publications in North Dakota, Louisiana, and Mississippi and/or other regional publications as the Debtors deem appropriate to provide notice of the Bar Date to unknown potential claimants.

9.     As evidenced by the *Certificate of Service* filed on April 14, 2022 [Docket No. 267], the *Certificate of Service* filed on April 29, 2022 [Docket No. 360], and the *Supplemental Certificate of Service* filed on May 26, 2022 [Docket No. 569], the Bar Date Notice was served

upon thousands of potential claimants and parties in interest on April 5, 2022, April 7-8, 2022 and May 19, 2022.

10.    Additionally, according to documents filed by the Debtors, the Publication Notice was published on dates in publications as follows: (i) *The Clarion-Ledger* on April 20, 2022 *see Certificate of Publication for the Authorized Clerk of The Clarion-Ledger* [Docket No. 291]; (ii) *The New York Times* (National Edition) on April 19, 2022 *see Certificate of Publication for Edgar Noblesala of the New York Times* [Docket No. 292]; (iii) *The Bismarck Tribune* on April 21, 2022 *see Certificate of Publication for Jill Lindsay of The Bismarck Tribune* [Docket No. 293]; and (iv) *The Advocate* on April 20, 2022 *see Certificate of Publication for Joy Newman of The Advocate* [Docket No. 294].

11.    On June 2, 2022, the Bankruptcy Court entered its *Findings of Facts, Conclusions of Law, and Order (I) Approving (A) The Disclosure Statement and (B) The Disclosure Statement Supplement; (II) Confirming the Debtors' Amended Joint Chapter 11 Plan; and (III) Authorizing the Sale of the Debtors' Assets* [Docket No. 600] (the "Confirmation Order") confirming, as modified therein, the Plan.

12.    On June 10, 2022, the effective date of the Plan occurred (the "Effective Date"). *See* Docket No. 641.

13.    Pursuant to Article IV.B of the Plan, the GUC Trustee, among other things, is responsible for overseeing the reconciliation, objection, settlement, or other disposition of General Unsecured Claims asserted in these chapter 11 cases.

14.    The Plan further provides that any Claim or Interest that: (i) is a duplicate; (ii) has been paid or satisfied; or (iii) has been amended or superseded, may be adjusted or expunged on the Claims Register without the GUC Trustee "having to file an application, motion, complaint,

5

objection, or any other legal proceeding seeking to object to such Claim or Interest and without any further notice to or action, order, or approval of the Bankruptcy Court." Plan, Article VII.D.[3]

## The Claims Reconciliation Process

15.     On July 13, 2022, the Bankruptcy Court entered the *Order Approving Omnibus Claims Objection Procedures, the Filing of Substantive Omnibus Claims Objections, and Granting Related Relief* [Docket No. 679] (the "Omnibus Objection Procedures Order," and the procedures attached thereto as Exhibit 1, the "Omnibus Objection Procedures").  This Objection is filed pursuant to the terms of the Omnibus Objection Procedures Order.

16.     The GUC Trustee and its advisors have continued to work diligently to review the proofs of claim filed in these chapter 11 cases, including the supporting documentation filed contemporaneously therewith. This process includes identifying categories of claims that may be targeted for disallowance and expungement, reduction, and/or reclassification.

## Basis for Relief

17.     A filed proof of claim is deemed allowed unless a party in interest objects.  11 U.S.C. § 502(a).  A properly executed and filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code.  FED. R. BANKR. P. 3001(f).

18.     To receive the benefit of *prima facie* validity, however, a proof of claim must assert factual allegations that would entitle the claimant to a recovery.  *Wilferth v. Heritage Org., L.L.C.* (*In re Heritage Org., L.L.C.*), 04-35574 (BJH), 2006 Bankr. LEXIS 4577, at *22-23 (Bankr. N.D.

---

[3] Notwithstanding Article VII.D of the Plan, the GUC Trustee is filing this Objection to provide further notice to the holders of the Disputed Claims.  Further, notwithstanding the filing of this Objection, the GUC Trustee reserves all rights to proceed and comply with Article VII.D of the Plan with regard to the Disputed Claims and other claims in the future.

Tex. Jan. 27, 2006) (citing cases). Additionally, a claimant's proof of claim is entitled to the presumption of *prima facie* validity under Bankruptcy Rule 3001(f) only until an objecting party refutes at least one of the allegations that is essential to the claim's legal sufficiency. *In re Starnes*, 231 B.R. 903, 912 (N.D. Tex. 1998). Once an allegation is refuted, "the burden shifts to the claimant to prove by a preponderance of the evidence." *In re Congress, LLC*, 529 B.R. 213, 219 (Bankr. W.D. Tex. 2015); *see also Cavu/Rock Props. Project I, LLC v. Gold Star Constr., Inc.* (*In re Cavu/Rock Props. Project I, LLC*), 516 B.R. 414, 422 (Bankr. W.D. Tex. 2014). "The ultimate burden of proof always lies with the claimant." *In re Armstrong*, 347 B.R. 581, 583 (Bankr. N.D. Tex. 2006).

### Basis for Objections

19. As indicated above, the GUC Trustee and its advisors have reviewed, and continue to review, the proofs of claim filed in these chapter 11 cases as well as the Debtors' Schedules of Assets and Liabilities and have identified certain claims to which the GUC Trustee objects.

20. Pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007(d), the GUC Trustee objects to each of the Disputed Claims listed on **Exhibit 1** attached hereto on the grounds that each of the Disputed Claims have been paid by the Debtors during the pendency of these chapter 11 cases pursuant to the Oil & Gas Payments Order and, therefore, have been satisfied in full.

21. In accordance with Bankruptcy Local Rule 3007-1, **Exhibit 1** identifies for each claimant: (a) the name of the claimant; (b) the proof of claim number; (c) the date the proof of claim was filed; (d) the entity against which the claim was asserted; (e) the amount of the Disputed Claim as filed in the proof of claim; and (f) the basis for objection.

22.     To avoid improper recovery from the GUC Trust, the GUC Trustee requests that the Court disallow and expunge the Disputed Claims in their entirety for the reasons stated above.

23.     Notwithstanding that the Plan authorizes the GUC Trustee to expunge from the Claims Register any claim that has been paid or satisfied without further objection, motion or other legal proceeding, in the abundance of caution, the GUC Trustee is filing this Objection to ensure adequate notice and an opportunity to respond is provided to the affected claimants.

## Responses to Objections

24.     To contest this Objection, a holder of a Disputed Claim must file and serve a written response to this Objection (each, a "Response") in accordance with the procedures stated above and is also required to appear at the hearing described above. If a claimant whose claim is subject to this Objection does not file and serve a Response in compliance with the procedures herein or fails to appear at the hearing, the Court may grant the objection with respect to such claim without further notice to the claimant. Every Response to this Objection must contain, at a minimum, the following information:

a) a caption stating the name of the Court, the names of the Debtors, the case number, the Objection to which the Response is directed, the name of the claimant, and if applicable, the proof of claim number(s) related thereto from the Claims Register;

b) a concise statement setting forth the reasons why the Court should not grant the objection with respect to such claim, including the factual and legal bases upon which the claimant will rely in opposing the Objection;

c) a copy of any other documentation or other evidence of the claim, to the extent not already included with the claimant's proof of claim, upon which the claimant will rely in opposing the objection; *provided* that the claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; and, *provided*, *further*, that the claimant shall disclose to counsel for the GUC Trustee all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints;

d) a declaration or other statement of a person with personal knowledge of the relevant facts that support the Response; and

e) the following contact information for the responding party:

 (i) the name, address, telephone number, and email address of the responding claimant or the name, address, telephone number, and email address of the claimant's attorney or designated representative to whom the attorneys for the GUC Trustee, or the GUC Trustee, should serve a reply to the Response, if any; and

 (ii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Objection on the claimant's behalf.

25. If a holder of a Disputed Claim fails to file and serve a timely Response by the response deadline identified above and appear at the hearing described above, the GUC Trustee will present to the Court an appropriate order disallowing such holder's Disputed Claim, as set forth in **Exhibit A**, without further notice to the claimant.

## Replies to Responses

26. Consistent with the Bankruptcy Local Rules, the GUC Trustee may, at its option, file and serve a reply to a Response by no later than 5:00 p.m. (prevailing Central Time) three (3) days prior to the hearing to consider the Objection.

## Reservation of Rights

27. In the event that any of the Disputed Claims are not disallowed on the grounds asserted herein, the GUC Trustee hereby reserves its rights to object to such proofs of claim on any other grounds. Additionally, the GUC Trustee expressly reserves the right to amend, modify, or supplement the objections asserted herein and to file additional objections to the proofs of claim or any other claims that may be asserted against the Debtors' estates.

28. Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication

or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the GUC Trustee's rights under the Bankruptcy Code or any other applicable law. The GUC Trustee reserves the right to amend, supplement, or otherwise modify the Objection and to file additional objections, both technical and substantive, to the Disputed Claims.

## **Separate Contested Matter**

29. To the extent that a Response is filed regarding any Disputed Claim and the GUC Trustee is unable to resolve any such Response, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Further, the GUC Trustee requests that any order entered by the Court regarding an objection or other reply asserted in response to this Objection be deemed a separate order with respect to each Disputed Claim.

## **Notice**

30. Notice of this Objection will be provided: (a) via electronic service to all parties who receive notices in these chapter 11 cases pursuant to the Court's ECF system; and (b) via first class mail, postage prepaid, upon the person designated on the proof of claim that is a Disputed Claim as the person to receive notices, at the address so indicated and, if applicable, upon the claimant's attorney, in accordance with the Omnibus Objection Procedures. The GUC Trustee respectfully submits that such notice is sufficient and proper under the circumstances and that no other or further notice is required.

[*Remainder of Page Intentionally Left Blank*]

**Conclusion**

**WHEREFORE**, based upon the foregoing, the GUC Trustee respectfully request that the

Court: (a) sustain this Objection; (b) enter the Proposed Order sustaining this Objection and

providing that the Disputed Claims shall be disallowed and expunged; and (c) grant such other and

further relief as the Court deems just and proper under the circumstances.

Dated: July 15, 2022                      By:  */s/ Michael D. Warner*
                                               Michael D. Warner (TX Bar No. 00792304)
                                               Ayala A. Hassell (TX Bar No. 01009800)
                                               **PACHULSKI STANG ZIEHL & JONES LLP**
                                               440 Louisiana Street, Suite 900
                                               Houston, TX 77002
                                               Telephone: (713) 691-9385
                                               Facsimile: (713) 691-9407
                                               Email: mwarner@pszjlaw.com
                                               Email: ahassell@pszjlaw.com


                                               -and-

                                               Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                               Paul J. Labov (admitted *pro hac vice*)
                                               **PACHULSKI STANG ZIEHL & JONES LLP**
                                               10100 Santa Monica Blvd., 13th Floor
                                               Los Angeles, CA 90067
                                               Telephone: (310) 277-6910
                                               Facsimile: (310) 201-0760
                                               Email: jpomerantz@pszjlaw.com
                                               Email: plabov@pszjlaw.com

                                               *Counsel for the GUC Trustee*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1] | Case No. 22-90000-mxm11 |
| Debtors. | Jointly Administered |

**ORDER SUSTAINING THE GUC TRUSTEE'S**
**FIRST OMNIBUS OBJECTION TO CLAIMS**
**(Fully Satisfied Claims)**

[Related Docket No. _____]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

Upon the *GUC Trustee's First Omnibus Objection to Claims (Fully Satisfied Claims)* (the "Objection")[2] filed by the GUC Trustee of the GUC Trust established pursuant to the Plan (the "GUC Trustee") of the above-captioned debtors (the "Debtors"), seeking entry of an order (this "Order") disallowing and expunging the fully satisfied claims identified on **Exhibit 1** attached hereto (the "Disputed Claims"); and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection; and all responses or objections, if any, to the Objection having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Objection is **SUSTAINED** as set forth herein with respect to the Disputed Claims shown on **Exhibit 1**.

2.      Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Disputed Claim in **Exhibit 1** to this Order is hereby disallowed in its entirety and expunged from the official claim register.

3.      The official claims register maintained in the Debtors' chapter 11 cases shall be modified in accordance with this Order.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

4.      Each claim and the objections by the GUC Trustee to each claim identified in **Exhibit 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimant whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the GUC Trustee's rights under the Bankruptcy Code or any other applicable law.

6.      The GUC Trustee, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

### ###END OF ORDER###

3

Order submitted by:
Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
ahassell@pszjlaw.com

*Counsel for GUC Trustee*

4

**Exhibit 1**

DOCS_NY:45822.1

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Arms Family Cottage, LLC<br><br>951 133rd Ct NE<br>Ham Lake, MN 55304 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 440 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | Unliquidated<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 2 | Meryl B Alexander<br>15681 El Ranchitos Ave<br>Pride, LA 70770 | 5/13/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 542 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 3 | Lynn Wade Averette & Shirley Faust Averette<br>11441 D'Everaux Avenue<br>Zachary, LA 70791 | 5/3/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 317 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>Unliquidated<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 4 | Charles S Baber<br>320 South Boston Suite 1115<br>Tulsa, OK 74103 | 6/2/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 592 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 5 | William R Bailey<br>2115 Sunshine Rd Sw<br>Albuquerque, NM 87105 | 4/25/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 131 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 6 | Joyce B Baker<br>PO Box 232<br>Oak Ridge, LA 71264 | 5/16/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 553 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 7 | David N Ball and Teresa Ball Jtwros<br>1516 Mohon Street<br>Alexandria, LA 71301 | 4/26/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 157 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Frank W Barrett III<br>18 Peanut Sumrall Road<br>Laurel, MS 39443 | 5/4/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 324 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 9 | Bryna Bell<br>500 S Ocean Blvd<br>Boca Raton, FL 33432-6298 | 5/5/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 390 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 10 | Norman Lee Bergeron<br>10404 Coulee Kinney Road<br>Abbeville, LA 70510 | 3/9/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | 2399706 | | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,250.00<br>$1,250.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 11 | BNI Coal, Ltd.<br>c/o Taft Stettinius & Hollister<br>Attn: John McDonald<br>80 So. Eighth Street Suite 2200<br>Minneapolis, MN 55402 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 416 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 12 | Alfred V. Pavy Boudreaux<br>116 W. Bellevue Street<br>Opelousas, LA 70570 | 4/25/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 147 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 13 | Laura Bergman Bourgeois<br>115 5th Street<br>Sugar Land, TX 77498 | 4/15/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 68 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>Unliquidated<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 14 | Richard J Brendlen<br>12200 Kirkdale Dr<br>Saratoga, CA 95070 | 4/22/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 112 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 15 | William A Brewer and Linda L Brewer As Joint Tenants 23765 E Grand Place Aurora, CO 80016 | 5/3/2022 | 22-90000 Rockall Energy Holdings, LLC | | 308 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 16 | Gail Eileen Mccaskill Brown 928 Oxford Dr. Laurel, MS 39440 | 5/5/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 386 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 17 | Julee L Brown 3327 N. Dixon Ave Meridian, ID 83646 | 5/2/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 276 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 18 | Charles Burnell Browning 15756 Hubbs Road Pride, LA 70770 | 5/10/2022 | 22-90000 Rockall Energy Holdings, LLC | | 532 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 19 | Judith Aline Browning PO Box 78112 Baton Rouge, LA 70837 | 5/10/2022 | 22-90000 Rockall Energy Holdings, LLC | | 528 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 20 | Robert James Browning 9531 Watts Rd Baton Rouge, LA 70811 | 5/12/2022 | 22-90000 Rockall Energy Holdings, LLC | | 538 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 21 | Burandt Living Trust [Hans Burandt, Kathryn Burandt] Kathryn and Hans Burandt Trustees 3804 E 15th Avenue Spokane, WA 99223 | 4/25/2022 | 22-90000 Rockall Energy Holdings, LLC | | 136 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 22 | Burau Family Living Tr Dtd 10/29/93<br>Attn: Gary and Diane W Burau Trustees<br>6848 Regello Dr<br>Frisco, TX 75034 | 4/19/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 90 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 23 | Dr Charles C Bush Jr<br>454 Greenwood Lane<br>Ridgeland, MS 39157 | 4/21/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 102 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 24 | Suzanne Bullock Caldwell<br>45 Halleran Crescent<br>Regina, SK S4R 3Z3<br>Canada | 4/23/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 116 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 25 | Karen Flowers Cambre<br>7681 Highway 961<br>Clinton, LA 70722 | 5/19/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 558 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 26 | Carolyn E Henderson Rev Liv Trust<br>c/o Midfirst Bank<br>Attn: Agent<br>PO Box 258850<br>Oklahoma City, OK 73125 | 5/16/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 546 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$1.00<br>$0.00<br>$0.00<br>$1.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 27 | CBS, LLC<br>c/o Sandoz Law Offices<br>Attn: W. Simmons Sandoz<br>424 South Union St.<br>Opelousas, LA 70570 | 5/6/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 447 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 28 | CImarron Minerals LLC<br>c/o Frost Bank, Trustee of the Katherine Henderson Trust D-2, Manager<br>Attn: Brian O'Goman<br>PO Box 1600, T-5<br>San Antonio, TX 78296 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 421 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 29 | ConocoPhillips Company, LP c/o Locke Lord, LLP Attn: Omer F. Kuebel, III 601 Poydras Street, Suite 2660 New Orleans, LA 70130 | 5/6/2022 | 22-90002 Petro Harvester Operating Company, LLC | 2395672 | 454 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 30 | Lisa Jeanne Dupuy Couvillion 611 Cedar Lane Marksville, LA 71351 | 4/15/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 63 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 $1,000.00 $1,000.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 31 | John C Cowan 9045 FM 949 Cat Spring, TX 78933 | 4/25/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 151 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 32 | Craig Family Property Interests, LLC Attn: Frank S Craig, III 250 Treakle Dr. Jackson, LA 70748 | 4/18/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 75 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 33 | Helene Crozat 14198 Riverlake Drive Covington, LA 70435 | 5/5/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 393 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 Unliquidated $0.00 $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 34 | Billie Jo Cruzan 3100 - 15th Avenue Se Albany, OR 97322 | 4/25/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 124 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 35 | Kenton B Cruzan 1085 8th St Astoria, OR 97103 | 4/26/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 163 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Alex Edward Davis 504 Trace Rd Laurel, MS 39443 | 5/6/2022 | 22-90000 Rockall Energy Holdings, LLC | | 472 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 37 | Mark Joseph Davis 15660 Greenwell Springs Rd Greenwell Springs, LA 70739 | 5/9/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 524 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 38 | Thomas Edward Davis 187 Bur Oak Dr Taylors, SC 29687-4631 | 5/6/2022 | 22-90000 Rockall Energy Holdings, LLC | | 462 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 39 | Delynn Daws PO Box 582 Waynesboro, MS 393670582 | 3/9/2022 | 22-90002 Petro Harvester Operating Company, LLC | 2396010 | | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 $952.01 $952.01 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 40 | Carolyn Fauna Debuchananne 10295 E Muskrat Road Carson CIty, MI 48811 | 5/13/2022 | 22-90000 Rockall Energy Holdings, LLC | | 545 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 41 | Mary Perkins Dorhauer 39592 Hess Road Denham Springs, LA 70706 | 4/27/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 176 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 $4,098.72 $4,098.72 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 42 | Emma Freeman Foundation Min. Asst. Mgmt, T-5 PO Box 1600 San Antonio, TX 78296 | 3/22/2022 | 22-90008 Rockall LA, LLC | | 10 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|
| 43 C W Farrar Jr<br>406 Longleaf Drive<br>Petal, MS 39465 | 4/19/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 88 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>Unliquidated<br>Unliquidated<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 44 Melissa Kathryn Finley<br>7024 58th St NE<br>Marysville, WA 98270 | 5/9/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 518 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 45 Rachelle S Fisher<br>648 Massena St<br>Mandeville, LA 70448 | 4/25/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 146 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 46 Verona Gayle Lahaye Fontenot<br>1243 Heritage Road<br>VIlle Platte, LA 70586 | 5/10/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 530 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 47 Verona Gayle Lahaye Fontenot, et al.<br>1243 Heritage Road<br>Ville Platte, LA 70586 | 5/10/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 529 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 48 Charles Thomas Garrett<br>20352 Mackinic Point Drive<br>Frankfort, IL 60423 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 254 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 49 Bradley D Gehrke<br>11005 NE Greenview<br>Albuquerque, NM 87111 | 4/17/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 70 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Boyd D Girouard, et al<br>6129 LA Hwy 13<br>Kaplan, LA 70548-9736 | 5/9/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 521 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 51 | Boyd D Girouard<br>6129 La Hwy 13<br>Kaplan, LA 70548-9736 | 5/9/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 513 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 52 | Gold City Mineral Partners LP<br>72 Deer Path<br>Dahlonega, GA 30533 | 4/25/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 148 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 53 | Cleta Tracy Gordon<br>107 East Putnam Street<br>Erath, LA 70533 | 5/3/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 302 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 54 | Paula Ann Gournay<br>6503 Sunmeadow Lane<br>Lake Charles, LA 70605 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 239 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>Unliquidated<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 55 | Leslie W Guinn<br>Attn: Mary Ellen Guinn<br>1601 Broadway<br>Ann Arbor, MI 48105 | 5/4/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 338 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 56 | Barbara Barrett Harmon<br>109 Lakeview Drive Nw<br>Magee, MS 39111 | 5/4/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 333 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Walter & Martha Harms<br>10387 81st Ave NW<br>Portal, ND 58772 | 5/17/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 556 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$103,164.84<br>$0.00<br>$0.00<br>$103,164.84 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 58 | Harry F Tyrrell Jr Trust<br>c/o Frost Bk Succ Trustee<br>Attn: Account #A0440700<br>PO Box 1600, T-5<br>San Antonio, TX 78296 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 427 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 59 | Mary Buie Harwood<br>c/o Gold, Weem, Bruser, Sues & Rundell<br>Attn: Bradley L. Drell<br>2001 MacArthur Dr.<br>Alexandria, LA 71301 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 488 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 60 | Hill Consulting Inc Profit Sharing Plan<br>c/o Hill Consulting<br>Attn: Mitch Richardson<br>7650 Old Hammond Hwy<br>Baton Rouge, LA 70809 | 5/5/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 356 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$8,047.00<br>$0.00<br>$8,047.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 61 | James Steven Holland<br>7891 S. Garfield Way<br>Centennial, CO 80122 | 4/18/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 77 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 62 | Larry Hollinsworth<br>10745 Quartz<br>El Paso, TX 79924 | 5/16/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 552 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 63 | Claire Martha Bailey Hope<br>4320 Shadow Glen Drive<br>Dallas, TX 75287 | 5/3/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 289 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,000.00<br>$6,000.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 64 | James F & Martha W Yeats Revocable Living Trust c/o Midfirst Bank, Agent PO Box 258850 Oklahoma City, OK 73125 | 5/16/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 547 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $1.00 $0.00 $0.00 $1.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 65 | Jane M Howard Trust Attn: Richard K Howard Trustee 723 - 8th Street Brookings, SD 57006 | 4/26/2022 | 22-90000 Rockall Energy Holdings, LLC | | 170 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 66 | JJM Trust [Della Van Eckhout] Attn: James Van Eckhout PO Box 991 Minot, ND 58702 | 5/5/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 375 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $376.00 $0.00 $0.00 $376.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 67 | Katheryn D Snow Life Estate Attn: Shirley M. Moore PO Box 1289 Laurel, MS 39441-1289 | 5/4/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 335 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 68 | Helen Carter Bailey Keesey 2905 Richard Avenue Cayucos, CA 93430 | 5/4/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 328 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 $6,000.00 $6,000.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 69 | Douglas F Kimball 612 Webster Ave Wheaton, IL 60187-4332 | 4/22/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 121 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 $0.00 $0.00 Unliquidated $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 70 | Keith Kimball 408 E Pomeroy St West Chicago, IL 60185-3454 | 5/6/2022 | 22-90002 Petro Harvester Operating Company, LLC | | 496 | Admin 503(b)(9) Secured Priority Unsecured Total | $0.00 $0.00 Unliquidated $0.00 $0.00 $0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Eve P. Kollar<br>c/o Sandoz Law Offices<br>Attn: W. Simmons Sandoz<br>424 S. Union St.<br>Opelousas, LA 70570 | 5/6/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 455 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 72 | Terry Joseph Latiolais & Cheryl<br>1020 Bayou Bend Circle<br>Breaux Bridge, LA 70517 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 267 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 73 | Carvin A Lawless<br>5012 Mccormick<br>Greenwell Springs, LA 70739 | 4/30/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 225 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 74 | Evelyn Hope Harwood Liebke<br>c/o Gold, Weem, Bruser, Sues & Rundell<br>Attn: Bradley L. Drell<br>Alexandria, LA 71301 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 484 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$1,497.17<br>$0.00<br>$0.00<br>$1,497.17 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 75 | Charlotte Renee Magee<br>45 Pine Knoll Lane<br>Santa Rosa Beach, FL 32459 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 471 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 76 | Louisa P Mailey<br>10 Holly Blvd<br>Scotia, NY 12302 | 5/3/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 292 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 77 | Mary A Vaona Life Estate<br>1630 Lakme Avenue<br>Wilmington, CA 90744-1416 | 5/3/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 303 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 78 | Billie Ray Mauldin<br>2358 Tintagel Dr Sw<br>Decatur, AL 35603 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 263 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 79 | Mary Janet Mcclendon<br>25 Estates of Montclaire<br>Beaumont, TX 77706-2581 | 4/22/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 111 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>Unliquidated<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 80 | Mccormick Royalty Trust<br>Attn: Richard D Mccormick<br>3200 Cherry Creek So. Dr. #230<br>Denver, CO 80209 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 246 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$917.74<br>$917.74 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 81 | Bernard Steve Mccoy<br>7845 Claremont Dr<br>Foley, AL 36535 | 4/29/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 200 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 82 | Sherri Mcilwain<br>PO Box 2404<br>Tuscaloosa, AL 35403 | 5/6/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 479 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$20,642.72<br>$20,642.72 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 83 | Mclean Foundation Revocable Trust<br>c/o Frost Bnk Ttee Acct F5203600<br>PO Box 1600<br>San Antonio, TX 78296-1600 | 5/6/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 417 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 84 | Mary Ann Merritt<br>65 Jamestowne Ct<br>Baton Rouge, LA 70809 | 4/29/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 192 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,851.00<br>$1,851.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 85 | Mary Ann Merritt-Usufruct<br>65 Jamestowne Ct<br>BATON ROUGE, LA 70806 | 4/29/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 221 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,851.00<br>$1,851.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 86 | Miller Family B-1 Trust<br>Attn: Marilyn Slaughter- Trustee<br>PO Box 718<br>Bonner, MT 59823 | 4/25/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 130 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$500.00<br>$500.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 87 | Suzanne Montresor<br>43 Calton Road<br>1M<br>New Rochelle, NY 10804 | 4/25/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 125 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>Unliquidated<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 88 | John Moran<br>2043 Bascomb Carmel Rd<br>Woodstock, GA 30189 | 5/5/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 410 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.50<br>$0.00<br>Unliquidated<br>$0.50 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 89 | Timothy Moran<br>607 Ceremony Way<br>Acworth, GA 30102 | 5/5/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 404 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$12,000.00<br>$12,000.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 90 | Ronald G Morein<br>2654 East Ridgewood Drive<br>Springfield, MO 65804 | 4/26/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 171 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>Unliquidated<br>$0.00<br>$0.00<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 91 | Caroline A Muller<br>100 Water St<br>Stonington, CT 6378 | 4/21/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 101 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

Rockall Energy Holdings, LLC. et al. 22-90000
First Notice of Satisfaction (Satisfied in Full)
Exhibit 1 - Claims Satisfied in Full

| Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|
| 92 Philip Earl Nibert<br>c/o NCS Multistage<br>10023 Meadow Lake<br>Houston, TX 77042 | 4/15/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 52 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,897.45<br>$2,897.45 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 93 Carol Nordman<br>1112 Monte Carlo Dr<br>Fargo, ND 58102 | 5/3/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 299 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 94 Ira H Oertling, Jr.  and Barbara Davidson Oertling<br>119 Kim Drive<br>Lafayette, LA 70506 | 5/6/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 497 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 95 Barbara Newell Parrish<br>184 Masonite Lake Road<br>Laurel, MS 39443 | 4/26/2022 | 22-90002<br>Petro Harvester<br>Operating<br>Company, LLC | | 166 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Blank<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 96 David Joseph Perkins<br>c/o Sandoz Law Offices<br>Attn: W. Simmons Sandoz<br>Opelousas, LA 70570 | 5/6/2022 | 22-90000<br>Rockall Energy<br>Holdings, LLC | | 464 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 97 Donald James Perkins<br>10940 Arlene Street<br>Denham Springs, LA 70706 | 5/2/2022 | 22-90000<br>Rockall Energy<br>Holdings, LLC | | 284 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,098.72<br>$4,098.72 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 98 John Ray Perkins, Jr.<br>Attn: Sandoz Law Offices<br>Attn: W. Simmons Sandoz<br>424 South Union St.<br>Opelousas, LA 70570 | 5/6/2022 | 22-90000<br>Rockall Energy<br>Holdings, LLC | | 466 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |

**Rockall Energy Holdings, LLC. et al. 22-90000**
**First Notice of Satisfaction (Satisfied in Full)**
**Exhibit 1 - Claims Satisfied in Full**

| | Name | Date Filed | Case Number / Debtor | Scheduled Claim # | Filed Claim # | Claim Priority | Claim Amount | Reason for Satisfaction | Objection Page # for Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 99 | William George Perkins, Jr.<br>1511 Columbia-Purvis Road<br>Columbia, MS 39429 | 5/2/2022 | 22-90000<br>Rockall Energy Holdings, LLC | | 285 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,098.72<br>$4,098.72 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |
| 100 | Carrie Ann Scheef<br>251 Oj Ranch Blvd<br>Friday Harbor, WA 98250 | 4/26/2022 | 22-90002<br>Petro Harvester Operating Company, LLC | | 165 | Admin<br>503(b)(9)<br>Secured<br>Priority<br>Unsecured<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>Unliquidated<br>$0.00 | Prepetition Royalty Interest claim satisfied pursuant to Final Order (I) Authorizing the Debtors to Make or Honor Mineral Payments, Working Interest Payments, and Joint Interest Billings Payments and (II) Granting Related Relief [Dckt. 198] | p. 7 & 8 |