Michael D. Warner (TX Bar 00792304)
Ayala A. Hassell (TX Bar 01009800)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Tel: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Paul J. Labov (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
plabov@pszjlaw.com

*Counsel for the GUC Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re<br><br>ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-90000-mxm11<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION SOLELY WITH RESPECT TO CLAIM NO. 503, INCLUDED IN THE GUC TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED, MODIFIED, NO LIABILITY, SATISFIED, AND LATE FILED CLAIMS)**

**(Related Docket Nos. 776 & 814)**

**PLEASE TAKE NOTICE** that on September 2, 2022, Riveron Management Services, LLC, solely in its capacity as the GUC Trustee (the "GUC Trustee") filed the *GUC Trustee's Sixth Omnibus Objection to Claims (Reclassified, Modified, No Liability, Satisfied, and Late Filed Claims)* in the Debtors' cases [Docket No. 776] (the "Sixth Omnibus Objection").

---

[1] The debtors (the "Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

**PLEASE TAKE FURTHER NOTICE** that, on May 8, 2022, Constance Post Tommerup, as estate representative for Ruby Johnston Post, filed Claim No. 503 in the case of debtor, Petro Harvester Operating Company, LLC.

**PLEASE TAKE FURTHER NOTICE** that, on September 23, 2022, Constance Post Tommerup, as estate representative for Ruby Johnston Post, sent to the Clerk of the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, a letter responding to the Sixth Omnibus Objection, which letter was filed at Docket No. 814 in the Debtors' cases.

**PLEASE TAKE FURTHER NOTICE** that the GUC Trustee, by its undersigned attorneys, hereby withdraws, without prejudice, the claim objection solely with respect to proof of claim no. 503 in the Sixth Omnibus Objection. The GUC Trustee reserves all rights and defenses as to any and all claims filed by, or on behalf of, Ruby Johnston Post and the estate of Ruby Johnston Post, including but not limited to claim no. 503.

Dated: October 24, 2022

By: */s/ Ayala A. Hassell*
Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com

-and-

        Jeffrey N. Pomerantz (admitted *pro hac vice*)
        Paul J. Labov (admitted *pro hac vice*)
        **PACHULSKI STANG ZIEHL & JONES LLP**
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        Email: jpomerantz@pszjlaw.com
        Email: plabov@pszjlaw.com

        *Counsel for the GUC Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

        */s/ Ayala A. Hassell*
        Ayala A. Hassell