| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304)<br>Ayala A. Hassell (TX Bar No. 01009800)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Tel: (713) 691-9385<br>Facsimile: (713) 691-9407<br>mwarner@pszjlaw.com<br>ahassell@pszjlaw.com | Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>Paul J. Labov (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Facsimile: (310) 201-0760<br>jpomerantz@pszjlaw.com<br>plabov@pszjlaw.com |

*Counsel for the GUC Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re<br><br>ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-90000-mxm11<br><br>Jointly Administered |

**NOTICE OF ADJOURNED HEARING**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Texas (the "Court") has adjourned the November 2, 2022, status conference hearing to **November 30, 2022 at 1:30 p.m**. (Prevailing Central Time) (the "Hearing") before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, to consider that certain *GUC Trustee's Sixth Omnibus Objection to Claims (Reclassified, Modified, No Liability, Satisfied, and Late Filed Claims)* [Docket No. 776] (the "Objection").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

DOCS_NY:46664.1 75204/003

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in a hybrid manner. Counsel and other parties in interest to participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102, and (ii) virtually with counsel appearing remotely through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be 1) dialed in through the audio system, and 2) logged into the Court's WebEx videoconference facilities. For Audio Communication: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Mullin's access code number is 474-603-746. Parties are encouraged to review the Court's procedures and instructions located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy. For WebEx Video Participation/Attendance: You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/mullin.

**PLEASE TAKE FURTHER NOTICE** that copies of all filings can be found on the docket of Case No. 22-90000 (MXM) in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Stretto, at https://cases.stretto.com/Rockall.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date(s) in open court, at the Hearing, or by an appropriate filing with the Court, and a notice of such adjourned date(s) will be filed on the docket in these chapter 11 cases and available on the electronic case filing docket and on Stretto's website: https://cases.stretto.com/Rockall.

Dated: October 27, 2022   By: */s/ Ayala A. Hassell*
Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com

*Counsel for the GUC Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on those parties registered to receive electronic notification via the Court's CM/ECF Noticing System on October 27, 2022.

*/s/ Ayala A. Hassell*
Ayala A. Hassell

DOCS_NY:46664.1 75204/003