| | |
|---|---|
| Michael D. Warner (TX Bar No. 00792304) <br> Ayala A. Hassell (TX Bar No. 24099681) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 440 Louisiana Street, Suite 900 <br> Houston, TX 77002 <br> Tel: (713) 691-9385 <br> Facsimile: (713) 691-9407 <br> mwarner@pszjlaw.com <br> ahassell@pszjlaw.com | Jeffrey N. Pomerantz (admitted *pro hac vice*) <br> Paul J. Labov (admitted *pro hac vice*) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Boulevard, 13th Floor <br> Los Angeles, CA 90067 <br> Tel: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br> jpomerantz@pszjlaw.com <br> plabov@pszjlaw.com |

*Counsel for the GUC Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re <br><br> ROCKALL ENERGY HOLDINGS, LLC, *et al.*,[1] <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 22-90000-mxm11 <br><br> Jointly Administered |

**CERTIFICATE OF NO OBJECTION TO LIQUIDATION TRUSTEE'S**
**AND GUC TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE**
**FOR FILING OBJECTIONS TO CLAIMS**
(Related Docket No. 939)

The undersigned hereby certifies as follows:

1.    On February 24, 2023, the *Liquidation Trustee's and GUC Trustee's Second Motion to Extend Deadline for Filing Objections to Claims* [Docket No. 939] (the "Motion") was filed with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA,LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

DOCS_NY:47256.1 75204/003

-1-

2.      Responses, if any, to the Motion were required to have been filed with the Court on or before March 17, 2023 (the "Response Deadline").

3.      The Response Deadline has passed and no responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto be entered at the earliest convenience of the Court.

Dated: March 21, 2023

By: /s/ Ayala A. Hassell
Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Paul J. Labov (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
Email: plabov@pszjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Ayala A. Hassell
Ayala A. Hassell

DOCS_NY:47256.1 75204/003