**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (mxm)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.*, | § | **Chapter 11** |
| | § | |
| Reorganized Debtors.[1] | § | Jointly Administered |
| | § | |

**ORDER GRANTING LIQUIDATION TRUSTEE'S AND GUC TRUSTEE'S SECOND
MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS TO CLAIMS**

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers were: Arrow Rock Energy, LLC (5939), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

1

On this date, the Court considered the *Liquidation Trustee's and GUC Trustee's Second Motion to Extend Deadline for Filing Objections to Claims* (the "Motion")[2] filed by the Liquidation Trustee (the "Liquidation Trustee") of the Rockall Liquidation Trust (the "Liquidation Trust") established in the above-captioned jointly administered chapter 11 cases (the "Cases") and Riveron Management Services, LLC, solely in its capacity as the GUC Trustee (the "GUC Trustee") of the GUC Trust established pursuant to the confirmed Plan of the above-captioned debtors (collectively, the "Debtors); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is GRANTED.

2.   The Claims Objection Deadline be and hereby is extended to and including August 4, 2023, without prejudice to the each of the Liquidation Trustee's and the GUC Trustee's rights to seek additional extensions.

3.   This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### # # #   END OF ORDER   # # #

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Submitted by:

Joshua N. Eppich (Texas Bar I.D. No. 24050567)
H. Brandon Jones (Texas State Bar No. 24060043)
J. Robertson Clarke (Texas Bar I.D. No. 24108098)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: joshua@bondsellis.com
Email: brandon@bondsellis.com
Email: robbie.clarke@bondsellis.com

*Counsel for the Liquidation Trustee of the Rockall Liquidation Trust*


Michael D. Warner (TX Bar No. 00792304)
Ayala A. Hassell (TX Bar No. 01009800)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
Email: ahassell@pszjlaw.com

    -and-

Jeffrey N. Pomerantz (admitted pro hac vice)
Paul J. Labov (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
Email: plabov@pszjlaw.com

*Counsel for the GUC Trustee*

3